UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY WILLIAM BRAST § | |
| § | CIVIL ACTION NO. **4:23-cv-03756** |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| MAHA PROPERTIES, LLC § | |
| § | |
| Defendant § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, RANDY WILLIAM BRAST Plaintiff and MAHA PROPERTIES, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   January 23, 2024      FOR RANDY WILLIAM BRAST   Plaintiff

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:	January 23, 2024		FOR MAHA PROPERTIES, LLC Defendant

BY:  __/S/   *Lekeaka Defang*__
Ms. Lekeaka Defang
MIAN & ASSOCIATES LAW FIRM
2401 Fountainview Drive, Suite 460
281-968-4524 – Office
281-624-4821 – Fax