United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **RANDY WILLIAM BRAST,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03756 |
| § | |
| **MAHA PROPERTIES, LLC,** § | |
| § | |
| Defendant. § | |

## ORDER

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 13. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 24th day of January, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE